**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | |
| GEORGE WHALEN TEAGUE, | : | CRIMINAL ACTION NO. |
| | : | 2:10-CR-00006-RWS |
| Defendant. | : | |
| | : | |
| | : | |

**ORDER**

This case is before the Court for consideration of the Report and Recommendation [75] of Magistrate Judge Susan S. Cole. After considering the Report and Recommendation and the Objections [77 and 79] thereto, the Court enters the following Order.

In light of the Objections filed by the parties, the Court has conducted a *de novo* review of the challenged recommendations. The Court finds that the recommendations from Judge Cole as to these issues are well-reasoned and correct. Therefore, the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant's Motions to Suppress [12, 13, 30, and 31] are hereby **GRANTED** with respect to

AO 72A
(Rev.8/82)

all of the evidence seized and statements made, except for shotgun shells found in Defendant's pocket on December 1, 2009 and any statements made prior to the seizure of the keys.

**SO ORDERED** this  19th  day of April, 2011.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)